UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LYNN TALMADGE,

      Plaintiff,

v.                                                                  CASE NO. 3:14-cv-1219-J-20PDB

UNITED STATES OF AMERICA,

      Defendants.
_____/

## ORDER

This matter is before this Court on Plaintiff's "Notice of Voluntary Dismissal with Prejudice" (Dkt. 4).

Accordingly, it is so **ORDERED**:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff's "Notice of Voluntary Dismissal with Prejudice" (Dkt. 4) is **GRANTED** and this action is **dismissed with prejudice**; and

2. The Clerk is directed to **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of December, 2014.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Donny A. Owens, Esq.

FILED 2014 DEC -5 PM 3:24